# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT                            PLAINTIFF

v.                  No. 3:20-cv-310-DPM-JJV

RICHARD COLLIE, Corporal, NCU;
ALEXANDER DELGADO, Sergeant,
NCU; NURZUHAL FAUST, Warden;
and ROBERT PIERCE, Assistant
Warden                                                            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 56*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Defendants' motion to dismiss, *Doc. 51*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 September 2021