IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
#84273                                                              PLAINTIFF

v.                         No. 3:20-cv-310-DPM

RICHARD COLLIE, Corporal, NCU;
JERMERY ALMAN, Sergeant, NCU;
ALEXANDER DELGADO, Sergeant,
NCU; IAN WARD; Sergeant, NCU;
NURZUHAL FAUST, Warden; KEITH
DAY, Major; ROBERT PIERCE, Assistant
Warden; DEXTER PAYNE, Director, ADC;
and THANE HUYARD, Sergeant, NCU            DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 72*, as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Everett updated his address after the recommendation. But the re-mailed materials were also returned as undeliverable. Everett's complaint will be dismissed without prejudice due to a lack of prosecution. Defendants' motion for summary judgment, *Doc. 67*, is denied as moot. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2022