IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
#84273                                                                                              PLAINTIFF

v.                      No. 3:20-cv-310-DPM

RICHARD COLLIE, Corporal, NCU;
JERMERY ALMAN, Sergeant, NCU;
ALEXANDER DELGADO, Sergeant,
NCU; IAN WARD; Sergeant, NCU;
NURZUHAL FAUST, Warden; KEITH
DAY, Major; ROBERT PIERCE, Assistant
Warden; DEXTER PAYNE, Director, ADC;
and THANE HUYARD, Sergeant, NCU          DEFENDANTS

JUDGMENT

Everett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*9 February 2022*